UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER CRISAFULLI and COREY FLOYD,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF BRANCHBURG, SOMERSET COUNTY PROSECUTOR'S OFFICE, KATE PROSCIA-BERGER, and DAVID YOUNG,<br><br>Defendants. | Civil Action No. 3:21-cv-05709<br><br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **May 17, 2021**, Defendant Township of Branchburg ("Branchburg"), will move before the United States District Court, District of New Jersey, for an order granting dismissal of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion Branchburg shall rely on the supporting Memorandum of Law and the Certification of Elizabeth F. Lorell, Esq., with exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if any opposition is submitted.

Dated: April 23, 2021

                                                   **GORDON REES SCULLY MANSUKHANI, LLP**

                                        By: /s/ *Elizabeth F. Lorell*

                                             Elizabeth F. Lorell, Esq.
                                             Maxine J. Nicholas, Esq.
                                             18 Columbia Turnpike, Suite 220
                                             Florham Park, NJ 07932
                                             T: (973) 549-2500
                                             F: (973) 377-1911
                                             *Counsel for Defendant,*
                                             *Township of Branchburg*