Robyn L. Aversa, Esq. (Bar ID 039631988)
Nicholas A. Plinio, Esq. (Bar ID 278552019)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT KATE PROSCIA-BERGER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER CRISAFULLI and COREY FLOYD, <br><br> Plaintiffs, <br><br> v. <br><br> TOWNSHIP OF BRANCHBURG, SOMERSET COUNTY PROSECUTOR'S OFFICE, KATE PROSCIA-BERGER, and DAVID YOUNG, <br><br> Defendants. | Civil Action No. 3:21-cv-05709 <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on April 23, 2021 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant, Kate Proscia-Berger ("Proscia-Berger"), by and through her attorneys, Jackson Lewis P.C., will respectfully moves to dismiss and requests to join in and adopt Defendant Township of Branchburg's April 23, 2021 Motion to Dismiss Plaintiffs Peter Crisafulli and Corey Floyd's Complaint in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in further support of Defendant Township of Branchburg's motion, Proscia-Berger submits the enclosed Memorandum of Law and Certification of Robyn L. Aversa, Esq.

                                        2

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ  07922
(908) 795-5200


By:    */s/ Robyn L. Aversa*
       Robyn L. Aversa
       Nicholas A. Plinio

Dated: April 23, 2021


4833-2871-9334, v. 1