Attorney I.D. #016861986  RPF:eas  013663
**DIFRANCESCO, BATEMAN, KUNZMAN,**
**DAVIS, LEHRER & FLAUM, P.C.**
15 Mountain Boulevard
Warren, NJ 07059-5686
(908) 757-7800
Attorneys for Defendant, David Young

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER CRISAFULLI and COREY FLOYD,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF BRANCHBURG, SOMERSET COUNTY PROSECUTOR'S OFFICE, KATE PROSCIA-BERGER, and DAVID YOUNG,<br><br>Defendants. | Civil Action No. 3:21-cv-05709<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DAVID YOUNG** |

The matter in dispute in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, with prejudice, *as to Defendant David Young only*, and without costs against either party.

_____
Richard P. Flaum, Esq.
DiFrancesco, Bateman, Kunzman,
Davis, Lehrer & Flaum, P.C.
Attorneys for Defendant, David Young

Dated:   April 30, 2021

_____
Patrick P. Toscano, Jr., Esq.
The Toscano Law Firm, LLC
Attorneys for Plaintiffs, Peter Crisafulli and Corey Floyd

Dated:   4/30/21