# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Richard J. Cino – Managing Principal

ROBYN L. AVERSA
Email Address: robyn.aversa@jacksonlewis.com

May 14, 2021

**VIA ECF**
Honorable Michael A. Shipp
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    Peter Crisafulli and Corey Floyd v. Township of Branchburg, Somerset County Prosecutor's Office, Kate Proscia-Berger and David Young
            Civil Action No. 3:21-cv-05709

Dear Judge Shipp:

      This office represents Defendant Kate Proscia-Berger in the above referenced lawsuit. The Court recently issued an order setting a briefing schedule for the motions to dismiss filed by Defendants Proscia, Township of Branchburg and Somerset County Prosecutor's Office. Plaintiffs had requested a date of July 1, 2021 to submit their opposition. The Defendants have a date of July 8, 2021 to submit replies. I am writing to respectfully request that the Defendants have until July 15, 2021 to submit replies. The current date of July 8 would include the Fourth of July holiday weekend and I am concerned that individuals from whom information may be needed will be on vacation. All parties have consented to this request for a seven-day extension.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      *s/ Robyn L. Aversa*
      Robyn L. Aversa

RLA:at
4832-4778-1353, v. 1

So Ordered this 17th day of May, 2021.

_____
Honorable Michael A. Shipp, U.S.D.J.