## Notice of Appeal to a Court of Appeals From a Judgement of a District Court

United States District Court for the District of New Jersey
Docket Number: 3:21-cv-05709-ZNQ-DEA

| | |
|---|---|
| PETER CRISAFULLI and COREY FLOYD,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF BRANCHBURG,<br>SOMERSET COUNTY PROSECUTOR'S<br>OFFICE, KATE PROSCIA-BERGER,<br>and DAVID YOUNG,<br><br>Defendants. | **NOTICE OF APPEAL** |

Plaintiffs, Peter Crisafulli and Corey Floyd, by and through their undersigned attorneys, The Toscano Law Firm, LLC, appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered on April 29, 2022, granting the Defendants' motions to dismiss.

Dated: May 17, 2022                    By:   _s/ Patrick P. Toscano, Jr._
                                                        Patrick P. Toscano, Jr.